## No. 5785.

### JEAN PORTE VS. PIERRE GOURGANT.

The plaintiff obtained a writ of sequestration against the defendant on a claim of ownership of certain cows in the latter's possession. The defendant obtained an order of release upon bond, and furnished it, which was accepted by the sheriff. The plaintiff took a rule upon the sheriff to make him liable because of the insufficiency of the securities he had accepted, which rule was made absolute, and the sheriff was decreed to be liable. On the same day the plaintiff filed a supplemental petition, charging that the defendant had obtained possession of the sequestered property by false and fraudulent representations of the solvency of his sureties, and prayed an *alias* writ of sequestration of the same property, which was issued. *Held,*

the second writ was illegally issued. The plaintiff had taken his proper remedy, and had a decree holding the sheriff and his official sureties liable, and must pursue that remedy.

APPEAL from the Sixth District Court of New Orleans. SAUCIER, J.

*W. E. Murphy* for Plaintiff. *Bartlette* for Defendant Appellant.

SPENCER, J., delivered the opinion reversing the judgment.